UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 15-11646 |
| CARLA & JEFFREY KUNI | Chapter: | 13 |
| | Judge: | ALTENBURG |

## NOTICE OF PROPOSED PRIVATE SALE

_____Carla & Jeffrey Kuni_____, _____Debtor's_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:   US Bankruptcy Court,
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable   Andrew B. Altenburg, Jr.   on   September 13, 2016   at   10:00   a.m. at the United States Bankruptcy Court, courtroom no.   4B  ,   401 Market St., Camden, NJ  . (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   565 Berkley St.
Camden, NJ 08103

Proposed Purchaser:   Jeanie Investment Property Group, LLC
1321 Heartwood Dr.
Cherry Hill, NJ 08003

Sale price:  $37,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:   Benjamin Dash, Esq. and Dawn Hogan
Amount to be paid:   $800.00 to Dash & $2,220.00 to Hogan
Services rendered:   Attorney & Realty Services

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Andrew B. Finberg, Esq.

Address: 525 Route 73 South, Suite 200, Marlton, NJ 08053

Telephone No.: 856-988-9055

*rev.8/1/15*

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 15-11646-ABA
Carla P Kuni                                                        Chapter 13
Jeffrey S Kuni
          Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Aug 16, 2016
                               Form ID: pdf905             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2016.
db/jdb         #+Carla P Kuni,    Jeffrey S Kuni,    401 6th Avenue North,    Pierra Verde, FL 33715-1816
aty            +Benjamin Dash,    39 East Main Street,    Moorestown, NJ 08057-3309
r              +Dawn Hogan,   Weichert Realtors,    202 W. Main Street,    Moorestown, NJ 08057-2326
r              +Terrence Fernholz,    1814 Route 70 East, Suite 200,    Cherry Hill, NJ 08003-2057
515403617      +1st Colonial Community Bank,    c/o Robert L Saldutti, Esquire,    Saldutti Law Group,
                 800 N Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
515302656       American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
515302657      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
515516296       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515302659       CitiBusiness Card,    Processing Center,    Des Moines, IA 50363-0005
515302660      +CitiBusiness Card,    P.O. Box 6235,    Sioux Falls, SD 57117-6235
515613427      +Citizens Bank,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
515302661       Citizens Bank Card Services,    P.O. Box 18204,    Bridgeport, CT 06601-3204
515302663     ++MERCEDES BENZ FINANCIAL SERVICES,    13650 HERITAGE PARKWAY,    FORT WORTH TX 76177-5323
               (address filed with court: Mercedes-Benz,     36455 Corporate Drive,    Farmington, MI 48331)
515425976      +Mercedes Benz Financial Service,    c/o Schiller & Knapp LLP,    13650 Heritage Parkway,
                 Fort Worth, TX 76177-5323
515675657       Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
515302664     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
515499018      +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
515503921      +PNC Bank, National Association,    c/o Alexandra T. Garcia, Esq.,
                 McCabe, Weisberg & Conway, P.C.,    216 Haddon Avenue, Suite 201,    Westmont, NJ 08108-2818
515508000      +PNC Bank, National Association,    c/o Celine P. DerKrikorian, Esq.,
                 McCabe, Weisberg & Conway, P.C.,    216 Haddon Avenue, Suite 201,    Westmont, NJ 08108-2818
515302665      +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
515302666      +RBS Citizens NA,    1000 Lafayette BV,    Bridgeport, CT 06604-4725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 16 2016 22:47:06      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2016 22:47:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515302654      +E-mail/Text: yhan@1stcnb.net Aug 16 2016 22:47:35      1st Colonial Bank,    1040 Haddon Avenue,
                 Collingswood, NJ 08108-2123
515302655      +E-mail/Text: yhan@1stcnb.net Aug 16 2016 22:47:35      1st Colonial Community Bank,
                 1040 Haddon Avenue,    Collingswood, NJ 08108-2046
515390049      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 16 2016 23:35:28
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
515302658      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 16 2016 22:52:13
                 Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
515313188      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 16 2016 23:35:27
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
515314948       E-mail/Text: mrdiscen@discover.com Aug 16 2016 22:46:24      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
515302662       E-mail/Text: mrdiscen@discover.com Aug 16 2016 22:46:24      Discover Card,    PO Box 71084,
                 Charlotte, NC 28272-1084
515326783       E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2016 22:50:47      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515302667      +E-mail/Text: bankruptcy@td.com Aug 16 2016 22:47:07      TD Bank, NA,
                 Attention: Bankruptcy Department,    PO Box 1377,    Lewiston, ME 04243-1377
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +1st Colonial Community Bank,    c/o Robert L Saldutti, Esquire,    Saldutti Law Group,
                 800 N Kings Highway,   Suite 300,    Cherry Hill, NJ 08034-1511
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1            User: admin              Page 2 of 2              Date Rcvd: Aug 16, 2016
                                Form ID: pdf905          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2016 at the address(es) listed below:

```
          Alexandra T. Garcia    on behalf of Creditor    PNC Bank, National Association NJECFMAIL@mwc-law.com
          Andrew B. Finberg    on behalf of Debtor Carla P Kuni andy@sjbankruptcylaw.com,  ABFECF@gmail.com
          Andrew B. Finberg    on behalf of Joint Debtor Jeffrey S Kuni andy@sjbankruptcylaw.com,
           ABFECF@gmail.com
          Celine P. Derkrikorian    on behalf of Creditor    PNC Bank, National Association
           njecfmail@mwc-law.com
          Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    PNC Bank National Association
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Lynn Therese Nolan    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
           LNolan@schillerknapp.com,
           tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Robert L. Saldutti    on behalf of Creditor    1st Colonial Community Bank
           rsaldutti@salducticollect.com,  lmarciano@saldutticollect.com;kcollins@slgcollect.com
                                                                                             TOTAL: 10
```