UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew B. Finberg, Esq.
LAW OFFICES OF ANDREW B. FINBERG, LLC
525 Route 73 South, Ste. 200
Marlton, NJ  08053
(856)988-9055
Attorneys for Debtors

In Re:

CARLA KUNI and
JEFFREY KUNI

**Order Filed on September 13, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____15-11646_____

Hearing Date: _____

Chapter: _____13_____

Judge: _____Altenburg_____

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is
**ORDERED**.

**DATED: September 13, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly

known as _____565 Berkley St., Camden_____, New Jersey (the Real

Property).

**IT IS** hereby **ORDERED** as follows:

1.  The Debtor is authorized to sell the Real Property on the terms and conditions of the contract
of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2.  The proceeds of sale must be used to satisfy the liens on the real property unless the liens are
otherwise avoided by court order. Until such satisfaction the real property is not free and clear of
liens.

3.  ☐   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a
request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the
following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Benjamin Dash, Esq. & Dawn Hogan |
| Amount to be paid: | $800.00 to Ben Dash, $2,220.00 to Dawn Hogan |
| Services rendered: | Legal Services by Mr. Dash, Realtor services by Ms. Hogan |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate
broker's commissions and attorney's fees for the Debtor's attorneys on further order of this
court.

4.  Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and
adjustments to the price as provided for in the contract of sale may be made at closing.

Case 15-11646-ABA Doc 134 Filed 09/08/16 Entered 09/08/16 10:17:43 Desc
Proposed Order Page 3 of 3

5.  The amount of $_____ claimed as exempt may be paid to the Debtor.

6.  The ☐ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-11646-ABA
Carla P Kuni                                                    Chapter 13
Jeffrey S Kuni
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Sep 13, 2016
                              Form ID: pdf903      Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2016.
db/jdb        +Carla P Kuni,   Jeffrey S Kuni,   129 Yacht Club Lane,   Tierra Verde, FL 33715-1987
aty           +Benjamin Dash,   39 East Main Street,   Moorestown, NJ 08057-3309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    PNC Bank, National Association NJECFMAIL@mwc-law.com
          Andrew B. Finberg    on behalf of Joint Debtor Jeffrey S Kuni andy@sjbankruptcylaw.com,
           ABFECF@gmail.com
          Andrew B. Finberg    on behalf of Debtor Carla P Kuni andy@sjbankruptcylaw.com,   ABFECF@gmail.com
          Celine P. Derkrikorian    on behalf of Creditor    PNC Bank, National Association
           njecfmail@mwc-law.com
          Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Daniel A. Frischberg    on behalf of Debtor Carla P Kuni dan@sjbankruptcylaw.com,
           frischberglaw@gmail.com
          Daniel A. Frischberg    on behalf of Joint Debtor Jeffrey S Kuni dan@sjbankruptcylaw.com,
           frischberglaw@gmail.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    PNC Bank National Association
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Lynn Therese Nolan    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
           LNolan@schillerknapp.com,
           tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Robert L. Saldutti    on behalf of Creditor    1st Colonial Community Bank
           rsaldutti@saldutticollect.com,   lmarciano@saldutticollect.com;kcollins@slgcollect.com
                                                                              TOTAL: 12