Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–11646–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Carla P Kuni | Jeffrey S Kuni |
| 129 Yacht Club Lane | 129 Yacht Club Lane |
| Tierra Verde, FL 33715 | Tierra Verde, FL 33715 |

Social Security No.:
  xxx–xx–2883                                                                xxx–xx–9632

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 19, 2016                    Andrew B. Altenburg Jr.
                                            Judge, United States Bankruptcy Court